**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN CORITSIDIS, TINA CORITSIDIS, and
KAREN MCKENZIE,

                              Plaintiffs,
      -against-                                                  22 **CIVIL** 10502 (CS)

                                                                         **JUDGMENT**

KHAL BNEI TORAH OF MOUNT IVY, and
UNITED STATES OF AMERICA,

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 3, 2024, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 3, 2024

                                                                   **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                       **Deputy Clerk**